ORDERED.

**Dated: June 18, 2019**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.:   8:18-bk-10556-CED |
| John J. Denisco, | Chapter:    11 |
|     Debtor. | |
| _____/ | |

## ORDER DISMISSING CASE

THIS CASE comes before this Court for a continued hearing on June 17, 2019 at 10:00 a.m. to consider and rule upon motions to dismiss or convert under 11 U.S.C. § 1112(b). (Doc. Nos. 74 and 99). For the reasons stated in open court, **IT IS ORDERED** that:

1. The Motion to Dismiss Case, (Doc. No. 74), is **GRANTED**.

2. The Motion to Convert or Appoint an Examiner, (Doc. No. 99), is **GRANTED** in part—this Court under 11 U.S.C. § 1112(b)(1-4) finding and concluding that dismissal is in the best interests of the creditors and the bankruptcy estate.

3. The bankruptcy case is **DISMISSED**.

4. None of the Debtor's debts, liabilities, or obligations are discharged.

5. The automatic stay is terminated.

6. This Court retains jurisdiction to enforce the Debtor's requirements to file operating reports and pay quarterly fees.

7. This Court also retains jurisdiction to rule upon applications for compensation of professionals. All professionals shall file their applications within thirty (30) days of the entry date of this order, otherwise no fees for compensation of services or reimbursement of expenses shall be approved or awarded.

Clerk's Office to serve order.